UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RAUL CEBOLLERO,                                    Case No. 22-CV-1871 (NEB/DTS)

         Plaintiff,

v.                                                                          ORDER ACCEPTING REPORT AND
                                                                                          RECOMMENDATION
SCI ALBION SCIA PSYCHIATRICS
DEPARTMENT, SCI ALBION SCIA
PSYCHOLOGY DEPARTMENT, SCI
ALBION SCIA UNIT MANAGER IB, SCI
ALBION SCIA COUNSELOR IB, SCI
FOREST SCIA PSYCHIATRICS
DEPARTMENT, SCI FOREST SCIA
PSYCHOLOGY DEPARTMENT, SCI
FOREST SCIA UNIT MANAGER EA EB, and
SCI FOREST SCIA COUNSELOR EA EB,

         Defendants.

---

The Court has received the Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 3.) No party objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. The Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute; and

3. The motion to proceed *in forma pauperis* (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 17, 2022                  BY THE COURT:

                                                      s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge